IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PAULA JONES | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 1:21-cv-314 |
| | § | |
| UNITED PROPERTY AND CASUALTY | § | |
| INSURANCE COMPANY | § | |
| | § | |
| *Defendant.* | § | |

# **FINAL JUDGMENT**

On this date, the court considered the Joint Stipulation of Dismissal filed on November 9th , 2021 by Plaintiff, PAULA JONES, and Defendant, UNITED PROPERTY AND CASUALTY INSURANCE COMPANY, and in accordance with that Joint Stipulation of Dismissal, the Court ORDERS, ADJUDGES, and DECREES that the claims of Plaintiff, PAULA JONES, against Defendant, UNITED PROPERTY AND CASUALTY INSURANCE COMPANY, be, and are hereby, dismissed with prejudice. The Court further ORDERS, ADJUDGES, and DECREES that each party will bear the court costs incurred by that party.