IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PAULA JONES | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:21-CV-00314 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| UNITED PROPERTY AND CASUALTY | § | |
| INSURANCE COMPANY | § | |
| | § | |
| *Defendant.* | § | |

## **ORDER DISMISSING CASE WITH PREJUDICE**

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 11]. The Parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the Parties' dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the Parties shall bear their own attorneys' fees and costs.

It is further ORDERED that all Court dates and deadlines are hereby vacated and all pending motions in this matter be DENIED as moot.

**SIGNED this 10th day of November, 2021.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge